IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DR. JAMES D. MARTIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 22-0115-CG-N |
| | ) |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice. (Doc. 32). On March 29, 2023, the parties filed a Stipulation stating that Plaintiff and Defendant, by and through their undersigned counsel, stipulate that this action and all claims contained therein "should be dismissed with prejudice against Defendant with each party to bear its own costs." (Doc. 32, PageID.320). The parties' Stipulation is signed by Plaintiff's counsel, Thomas H. Benton Jr., and by Defendant's counsel Ashlee D. Riopka. Accordingly, this matter is hereby **DISMISSED WITH PREJUDICE, with each party to bear its own costs**.

**DONE** and **ORDERED** this 29th day of March, 2023.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE